plaintiff against the Franco-American Ferment Company (see, also, 133 App. Div. 887, 117 N. Y. Supp. 1133), and by Frederick A. Thompson against the Brookside Realty Company. No opinions. Applications denied, with $10 costs. Orders signed.

DRAYTON, Respondent, v. FRANCO-AMERICAN FERMENT CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by J. Coleman Drayton against the Franco-American Ferment Company and others. F. Bien, for appellants. C. E. Kelley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 133 App. Div. 887, 117 N. Y. Supp. 1133.

DRUM v. PHILADELPHIA CASUALTY CO. TALLEY et al. v. JAMES EVERARD'S BREWERIES. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Actions by Hugh Drum against the Philadelphia Casualty Company (see, also, 121 N. Y. Supp. 332) and by John J. Talley and others against James Everard's Breweries (see, also, 116 N. Y. Supp. 657). No opinions. Applications for leave to appeal from Appellate Term denied, with $10 costs. Orders signed.

DU BOIS, Respondent, v. BRIGHAM, Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Ira Du Bois against Henry R. Brigham. No opinion. Judgment and order unanimously affirmed, with costs.

EARLY v. MUNDAY. (Supreme Court, Appellate Division, First Department. April 15, 1910.) Action by Joseph N. Early against Thomas E. Munday. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 121 N. Y. Supp. 1129.

E. CLEMENS HORST CO.. Respondent, v. M. GROH'S SONS, Inc., Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by the E. Clemens Horst Company against M. Groh's Sons, Incorporated. T. F. Keogh, for appellant. C. A. Meed, for respondent. No opinion. Order affirmed with $10 costs and disbursements. Order filed.

E. D. FOX CO., Respondent, v. JOHN H. MAHNKEN CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by the E. D. Fox Company against the John H. Mahnken Company and another. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 134 App. Div. 985, 119 N. Y. Supp. 1124.

In re EDMEAD. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) In the matter of Samuel F. Edmead, an attorney. No opinion. Proceedings dismissed.

EHLER v. NEW YORK EDISON CO. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by William R. Ehler against the New York Edison Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

EHRENBERG et al., Respondents, v. ROGERS, Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Louis Ehrenberg and another against James Rogers. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

ELLSWORTH, Respondent, v. FINN, Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Elmer Ellsworth against Herman R. Finn. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant, upon payment of such costs and costs in the court below, to withdraw demurrer and answer within 20 days.

EMMERICH, Appellant, v. P. & F. CORBIN, Respondent. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by William B. Emmerich against P. & F. Corbin, a corporation. No opinion. Judgment unanimously affirmed, with costs.

ERNEST TRIBELHORN, Inc., Respondent, v. HANAVAN, Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1910.) Action by Ernest Tribelhorn, Incorporated, against George B. Hanavan. W. H. Wood, for appellant. M. S. Marden, for respondent. No opinion. Determination affirmed, with costs and disbursements. Order filed. See, also, 65 Misc. Rep. 22, 119 N. Y. Supp. 262.

FEDERAL SANITARY CLEARING & REFINING CO., Respondent, v. LOEB, Appellant. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by the Federal Sanitary Clearing & Refining Company against Maurice Loeb. M. B. Blumenthal, for appellant. S. D. Levy, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

FENN, Respondent, v. MUTUAL BOND & REALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by Nene V. T. Fenn against the Mutual Bond & Realty Company. M. Higgins, for appellant. A. O. Townsend, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FENN, Respondent, v. W. M. OSTRANDER, Inc., Appellant, et al. (Supreme Court, Appellate Division, First Department, April 8, 1910.) Action by Nene V. T. Fenn, in behalf, etc., against W. M. Ostrander, Incorporated, and others. M. Higgins, for appellant. A. O.